```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 20446
  DAWN R WEBB
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
  SSN XXX-XX-5635


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 11/01/2007 and was not confirmed.

    The case was dismissed without confirmation 02/27/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG NOTICE ONLY   NOT FILED             .00            .00
WELLS FARGO HOME MORTGAG CURRENT MORTG       .00             .00            .00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE  63766.06             .00            .00
HSBC AUTOMOTIVE FINANCE  SECURED VEHIC       .00             .00            .00
ARNOLD KAPLAN            DEBTOR ATTY        .00                             .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                        2,582.22

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              2,582.22

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                           .00
DEBTOR REFUND                             2,582.22
                    --------------       --------------
TOTALS               2,582.22             2,582.22

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 05/23/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```